IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEVANDAL BERNARD THOMAS,
Inmate No. 182913,
    Plaintiff,

vs.            Case No.  3:15cv223/LAC/EMT

PRISON HEALTH SERVICES INC., et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 21, 2015 (doc. 13).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

3.    All pending motions are **DENIED** as moot; and

4.    The clerk is directed to close this file.

**DONE AND ORDERED** this 22nd day of September, 2015.

            s/*L.A. Collier*
            **LACEY A. COLLIER**
            **SENIOR UNITED STATES DISTRICT JUDGE**